# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMANJEET KAUR, KULWINDER SINGH UPPAL, and NEW ENGLAND DISTRIBUTORS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WORLD BUSINESS LENDERS, LLC, WBL SPO I, LLC, AXOS BANK, and ATLANTIS CAPITAL, LLC, <br><br> Defendants. | CIVIL ACTION NO. 1:19-cv-11364-WGY |

## **DEFENDANTS' MOTION FOR PROTECTIVE ORDERS**

Pursuant to Fed. R. Civ. P. 26(c)(1), Defendants respectfully request that this Court enter a general protective order guarding its confidential information, which will be provided in discovery, from disclosure. A proposed protective order is attached to this Motion as Exhibit A. Defendants also seek a protective order limiting the scope of the Fed. R. Civ. P. 30(b)(6) depositions of World Business Lenders, LLC and Axos Bank because the notices are vague, broad, and go beyond topics at issue in this case. Defendants seek these protective orders to protect their proprietary business information, to ensure that the depositions are clear and reasonable in scope, and for the reasons set forth in the accompanying memorandum.

|   |   |
|---|---|
|   | AXOS BANK, WORLD BUSINESS LENDERS, LLC, and WBL SPO I, LLC, |
|   | By their attorneys, |
|   | __/s/ Erika L. Todd_____ <br> Patrick P. Dinardo (BBO No. 125250) <br> pdinardo@sullivanlaw.com <br> Erika L. Todd (BBO No. 689053) <br> etodd@sullivanlaw.com <br> SULLIVAN & WORCESTER LLP <br> One Post Office Square <br> Boston, MA 02109 <br> (617) 338-2800 (phone) |
| August 7, 2020 | (617) 338-2880 (fax) |

## CERTIFICATE OF SERVICE

I, Erika L. Todd, certify that on August 7, 2020, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to any indicated as non-registered participants.

　/s/ Erika L. Todd

## CONFERENCE CERTIFICATE

I, Erika L. Todd, certify that on July 24, 2020, I conferred with Shane Heskin (counsel for Plaintiffs) at approximately 2:00 pm by phone for approximately five minutes to discuss Defendants' need for a general protective order. We did not reach agreement on any issues.

I further certify that on August 4, 2020, I conferred with Shane Heskin (counsel for Plaintiffs) at 3:00 pm by phone for twenty minutes. We discussed the general protective order, the scope of the 30(b)(6) depositions, and our respective positions regarding the scheduling of depositions. We reached agreement regarding the scope of Topic 1 in the deposition notices. We reached additional agreements regarding Topics 2, 4, 5, and 7 through subsequent emails.

__/s/ Erika L. Todd_____